UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES on behalf of and for the use and benefit of CAROLINA ARCHITECTURAL PRODUCTS, INC., a North Carolina Corporation.<br><br>Plaintiff<br><br>v.<br><br>LEEBCOR SERVICES, LLC, a Virginia Limited Liability Company, and THE CINCINNATI INSURANCE COMPANY<br><br>Defendants | Civil Action No. 5:22-cv-00027-D |

## CONSENT ORDER ON JOINT MOTION TO CONTINUE STAY OF ACTION PENDING COMPLETION OF SETTLEMENT AGREEMENT TERMS

THIS MATTER is before the Court on the Joint Motion to Continue Stay of Action Pending Completion of Settlement Agreement Terms following the parties' use of pre-dispute resolution procedures, which resulted in the parties executing a confidential Settlement Agreement and Mutual Release (the "Agreement"), under the pursuant to the *Consent Order on Joint Motion to Stay Action Pending Completion of Pre-Suit Dispute Resolution Procedures* (Doc. #21).

Plaintiff and Defendants have resolved the dispute and will dismiss this action with prejudice following completion of the settlement obligations under the Agreement by August 30, 2022.

1

IT IS THEREFORE ORDERED that this action shall be STAYED for a period up to and including September 5, 2022, and this action shall be dismissed with prejudice upon completion of the settlement terms under the Agreement.

SO ORDERED. This the _8_ day of August, 2022.

_____
James C. Dever III
United States District Judge